| | |
|---|---|
| 1 | MICHAEL A. LADRA, State Bar No. 64307<br>WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation<br>650 Page Mill Road |
| 3 | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 4 | Facsimile: (650) 565-5100<br>Email: mladra@wsgr.com |
| 5 | |
| 6 | JULIE M. HOLLOWAY, State Bar No. 196942<br>Email: jholloway@wsgr.com |
| 7 | ARIANA M. CHUNG-HAN, State Bar No. 197572<br>Email: achung@wsgr.com |
| 8 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 9 | One Market, Spear Tower, Suite 3300<br>San Francisco, CA 94105 |
| 10 | Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099 |
| 11 | Attorneys for Plaintiff and Counterdefendant |
| 12 | ACTIVIDENTITY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ACTIVIDENTITY CORPORATION, a Delaware Corporation, | ) ) ) | CASE NO.: C 08-04577 VRW |
| Plaintiff, | ) ) ) | **STIPULATED REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' FIRST AMENDED COUNTERCLAIMS** |
| v. | ) ) ) | |
| INTERCEDE GROUP PLC AND INTERCEDE LTD., both of Lutterworth, UK, | ) ) ) | |
| Defendants. | ) ) ) | |
| | ) | DEMAND FOR JURY TRIAL |

Case Management Conference: 7/2/2009 at 3:30 P.M.
Joint Case Management Statement: 6/25/2009.

STIPULATION TO EXTEND TIME TO RESPOND
CASE NO. C 08-04577 HRL

Pursuant to Local Rule 6-2, plaintiff ActivIdentity Corporation ("ActivIdentity") and defendants Intercede Group PLC and Intercede Ltd. (collectively, "Intercede") submit this stipulated request to continue the date of the case management conference and to extend the time for Plaintiff to file answer, move or otherwise respond to Defendants' respective First Amended Counterclaims.

**A. The Parties Stipulate and Request to Continue the Case Management Conference to June 25, 2009.**

This is the parties' first request to continue the date of the case management conference. A history of previous time modifications to the case management conference is as follows:

- On October 1, 2008, ActivIdentity filed its complaint for patent infringement against Defendants and a case management conference was scheduled for January 27, 2009 with Magistrate Judge Lloyd. *See* Docket Nos. 1 and 3.

- After reassignment to this Court, on November 12, 2008, the case management conference was scheduled for February 26, 2009. *See* Docket No. 11.

- On December 22, 2008, the Clerk issued a notice continuing the case management conference to March 19, 2009. *See* Docket No. 14.

- On February 9, 2009, ActivIdentity filed a motion to dismiss Intercede's counterclaims and strike affirmative defenses; after which, the clerk vacated the March 19, 2009 case management conference date. *See* Docket No. 18.

- On March 26, 2009, Intercede filed their opposition to the motion to dismiss along with their First Amended Answers and Counterclaims and accordingly, ActivIdentity withdrew its motion to dismiss on March 30, 2009. *See* Docket Nos. 20, 21, 22, 23, and 26. On March 30, 2009, the clerk issued a notice scheduling the case management conference for April 16, 2009.

The parties have stipulated and request to continue the case management conference to June 25, 2009 due to scheduling conflicts. Additionally, the current date for the case management conference requires that the parties submit a joint statement prior to the close of the pleadings. The joint statement is currently due on April 9, 2009 – almost one week before

-1-

STIPULATED REQUEST TO CONTINUE CMC AND
EXTEND TIME TO RESPOND TO COUNTERCLAIMS
CASE NO. C 08-04577 HRL

1  ActivIdentity's current deadline for responding to the First Amended Counterclaims. *See*
2  Chung-Han Decl., ¶ 2. Thus, the current April 16, 2009 case management conference date
3  would not allow the parties to address ActivIdentity's response and possible defenses to the First
4  Amended Counterclaims in the joint statement. The parties have met and conferred regarding
5  scheduling matters in this case, and considering the Court's calendar and counsels' respective
6  schedules, the first available date on the Court's calendar for a case management conference is
7  June 25, 2009. *See* Chung-Han Decl., ¶¶ 4-6. Accordingly, the parties stipulate and request to
8  continue the case management conference to ~~June 25, 2009.~~ July 2, 2009. Statement due 6/25/09

        **B.    The Parties Have Stipulated and Request to Extend the Time for ActivIdentity to Respond to the First Amended Counterclaims.**

11  This is the first request to extend the time for ActivIdentity to respond to Intercede's
12  counterclaims and there have been no previous time modifications regarding this deadline. The
13  parties had previously stipulated to extend the time for Intercede to respond to ActivIdentity's
14  complaint from November 12, 2008 to January 19, 2009. *See* Docket No. 10. If the case
15  management conference is continued, as requested, the requested extension would not affect any
16  deadlines in this case. Accordingly, the parties stipulate and request to extend the time for
17  ActivIdentity to respond to Intercede's respective First Amended Counterclaims from April 15,
18  2009 to May 15, 2009.

20  Dated: April 8, 2009                      Respectfully submitted,

                                          WILSON SONSINI GOODRICH & ROSATI

                                          By:   /s/ Ariana M. Chung-Han
                                                   Ariana M. Chung-Han

                                          Attorneys for Plaintiff
                                          ACTIVIDENTITY CORPORATION

-2-

1  Dated: April 8, 2009                Respectfully submitted,

2                                      FENWICK & WEST LLP

3

4                                      By:   /s/ Darryl M. Woo
                                             Darryl M. Woo
5

6                                      Attorneys for Defendants
                                       INTERCEDE GROUP PLC AND INTERCEDE
7                                      LTD

8

9                                      **ORDER**

10       PURSUANT TO STIPULATION, IT IS SO ORDERED.

11  Date:  4/10/09

12                                     _____
                                       The Honorable Vaughn R. Walker
                                       UNITED STATES DISTRICT JUDGE

**GRANTED**

*[Seal: United States District Court, Northern District of California]*
*[Signature: Judge Vaughn R Walker]*

1  I, Ariana M. Chung-Han, am the ECF User whose identification and password are being
2  used to file the **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND**
3  **TO THE COMPLAINT.** In compliance with General Order 45.X.B, I hereby attest that Darryl
4  M. Woo has concurred in this filing.

6  Dated: April _, 2009               WILSON SONSINI GOODRICH & ROSATI

8                                      By:_____
                                             Ariana M. Chung-Han

10                                     Attorneys for Plaintiff
                                       ACTIVIDENTITY CORPORATION

-4-

STIPULATED REQUEST TO CONTINUE CMC AND
EXTEND TIME TO RESPOND TO COUNTERCLAIMS
CASE NO. C 08-04577 HRL