1  DARRYL M. WOO (CSB No. 100513)
   dwoo@fenwick.com
2  CHARLENE M. MORROW (CSB No. 136411)
   cmorrow@fenwick.com
3  TYLER A. BAKER (CSB No. 65109)
   tbaker@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:   (415) 875-2300
6  Facsimile:   (415) 281-1350

7  Attorneys for Defendants and Counterclaimants
   INTERCEDE GROUP PLC and INTERCEDE LTD.
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | ACTIVIDENTITY CORPORATION, a Delaware Corporation, | Case No.: 3:08-cv-04577 VRW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CLAIM CONSTRUCTION SCHEDULE** |
| v. | |
| INTERCEDE GROUP PLC AND INTERCEDE LTD., both of Lutterworth, UK, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Pursuant to Civil Local Rule 6-2, defendants and counterclaimants Intercede Group plc
2 and Intercede Ltd. (collectively, "Intercede") and plaintiff and counterdefendant ActivIdentity
3 Corporation ("ActivIdentity") submit this stipulated request to modify the claim construction
4 schedule as currently established by this Court's Patent Local Rules.

**A. The Parties Stipulate and Request that the Briefing Schedule for the Claim Construction Hearing be Modified.**

The parties stipulate and hereby request to modify the deadline for submitting the Joint Claim Construction Statement. On August 10, 2009, the parties submitted a Stipulation and Proposed Order seeking to modify the schedule for claim construction briefing. Because that Stipulation has not yet been addressed by the Court, the parties include in this Stipulation the same proposed modifications to the briefing schedule. The requested modifications will not affect the hearing date scheduled for February 10, 2010, and pursuant to Patent LR 4-6, all briefing would still be completed more than two weeks prior to the hearing date.

As previously mentioned, this is technically the parties' second request[1] to modify the claim construction schedule. There have been several previous unrelated time modifications in this case. *See* Belichick Decl., ¶¶ 1-6.

The parties hereby stipulate and request to modify the claim construction schedule, including the due date for the Joint Claim Construction and Prehearing Statement and briefing schedule, from that provided in the Patent Local Rules. As set forth in the June 25, 2009 Joint Case Management Statement and as discussed during the July 2, 2009 case management conference, the parties previously proposed to modify the briefing schedule for claim construction due to scheduling conflicts relating to the intervening holiday season. *See* Doc # 37 at 15. Based on the proposed briefing schedule, the parties also requested a hearing date of February 11, 2010. *Id.* During the case management conference, the Court set a hearing for claim construction on February 10, 2010. *See* Doc # 39. The requested relief will not affect this hearing date. In

---

[1] On August 10, 2009, the parties submitted a Stipulation & Proposed Order to Modify the Claim Construction Briefing Schedule, but to date it has not been addressed by the Court. Belichick Decl., ¶ 7. The dates contained in the present Stipulation are identical to those in the August 10, 2009 Stipulation, except that the prior Stipulation did not seek to modify the date for submitting the Joint Claim Construction Statement.

STIP. & [PROPOSED] ORDER MODIFYING CLAIM CONSTRUCTION SCHEDULE - 1 -   CASE NO. 08-CV-04577 VRW

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

addition, under the proposed schedule, claim construction briefing will be completed more than two weeks prior to the hearing date, as required by Patent L.R. 4-6.

As currently set by the Northern District's Patent Local Rules, the briefing schedule would require extensive briefing and client communications during the holiday season causing scheduling conflicts for both parties and their respective counsels. *See* Belichick Decl., ¶ 8. The parties have conferred regarding scheduling matters in this case, and considering the date set by the Court for the claim construction hearing, believe that the due date for the Joint Claim Construction and Prehearing Statement and the briefing schedule can be modified as requested with no larger effect on the schedule for this case. The parties have already exchanged proposed terms for construction and preliminary constructions and currently the parties are meeting and conferring about claim construction. The parties have also agreed that neither party will seek to further extend the dates for submitting the claim construction briefs or the February 10, 2010 hearing. Discovery relating to claim construction is ongoing. Belichick Decl., ¶ 9. Accordingly, the parties stipulate and request that the Court modify the claim construction schedule as detailed in the following table:

| ACTION | CURRENT DATE | REVISED DATE |
| --- | --- | --- |
| The parties to file Joint Claim Construction and Prehearing Statement | November 2, 2009 | December 7, 2009 |
| ActivIdentity to file Claim Construction Opening Brief under Patent Local Rule 4-5(a) | December 17, 2009 | January 7, 2010 |
| Intercede to file Responsive Claim Construction Brief under Patent Local Rule 4-5(b) | December 31, 2009 | January 21, 2010 |
| ActivIdentity to file Reply Claim Construction Brief under Patent Local Rule 4-5(c) | January 12, 2010 | January 28, 2010 |

STIP. & [PROPOSED] ORDER MODIFYING CLAIM CONSTRUCTION SCHEDULE         - 2 -         CASE NO. 08-CV-04577 VRW

| ACTION | CURRENT DATE | REVISED DATE |
|---|---|---|
| Claim Construction Hearing | February 10, 2010 at 10 a.m. | No change. |

Dated:  October 26, 2009        Respectfully submitted,

FENWICK & WEST LLP

By:     /s/ Joseph S. Belichick
                Joseph S. Belichick

Attorneys for Defendants
INTERCEDE GROUP PLC and INTERCEDE LTD.

Dated:  October 26, 2009        Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

By:     /s/ Ariana M. Chung-Han
                Ariana M. Chung-Han

Attorneys for Plaintiff
ACTIVIDENTITY CORPORATION

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  10/29/2009

The Honorable Vaughn R. Walker
United States District Judge

*GRANTED*
*Judge Vaughn R Walker*

**SIGNATURE ATTESTATION**

I hereby attest that I have received Ariana M. Chung-Han's concurrence in the e-filing of this document as indicated by the "conformed" signature (s/) above.

By:     /s/ Joseph S. Belichick
                Joseph S. Belichick