1  DARRYL M. WOO (CSB No. 100513)
   dwoo@fenwick.com
2  CHARLENE M. MORROW (CSB No. 136411)
   cmorrow@fenwick.com
3  TYLER A. BAKER (CSB No. 65109)
   tbaker@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:   (415) 875-2300
6  Facsimile:   (415) 281-1350

7  Attorneys for Defendants and Counterclaimants
   INTERCEDE GROUP PLC and INTERCEDE LTD.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 | ACTIVIDENTITY CORPORATION, a Delaware Corporation, | Case No.: 3:08-cv-04577 VRW |
14 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING THE DEADLINE FOR MEDIATION** |
15 | v. | |
16 | INTERCEDE GROUP PLC AND INTERCEDE LTD., both of Lutterworth, UK, | |
17 | Defendants. | |
18 | | |
19 | | |
20 | AND RELATED COUNTERCLAIMS. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Civil Local Rule 6-2, defendants and counterclaimants Intercede Group plc and Intercede Ltd. (collectively, "Intercede") and plaintiff and counterdefendant ActivIdentity Corporation ("ActivIdentity") submit this stipulated request to modify the deadline for mediation as currently established by this Court's order.

### A.  The Parties Stipulate and Request to Modify the Deadline for Mediation.

The parties, with the concurrence of the appointed mediator, stipulate and hereby request to modify the deadline for mediation as required by this Court's ADR Local Rules. On June 12, 2009, the parties submitted a Stipulation and Proposed Order agreeing to participate in mediation under this Court's ADR Local Rules with such mediation to occur within 180 days of the case management conference. Doc # 34. On July 2, 2009, this Court entered that order. Doc # 38. Further, on July 2, 2009, this Court ordered that the deadline for such mediation to occur would be December 31, 2009. Doc # 39. On August 11, 2009, Beth Parker was appointed in this case to act as a mediator. Doc # 46.

The parties were scheduled to conduct a mediation session on November 11, 2009. Intercede believed it would be premature to conduct the mediation on that date, given the case progress and schedule for contemplated case events, including the named inventor's deposition, pending motions addressing discovery and bifurcation issues, and claims construction briefing, the latter of which will not be completed until January 28, 2010. ActivIdentity did not object to an extension of the mediation deadline. *See* Doc # 65; Declaration of Darryl M. Woo in Support of Stipulation and [Proposed] Order Modifying the Deadline for Mediation at ¶ 10.

After communications among the parties and the mediator concerning the participants' availability and the optimum dates for rescheduling the mediation, the parties and the mediator agreed to reschedule the mediation and to reserve February 2 and 5, 2010 for conduct of the mediation. Both dates fit within the mediator's current schedule, and fall after the completion of claim construction discovery and a likely ruling on the parties' pending motions. As currently set, the deadline not only would expire prior to the agreed, rescheduled mediation dates, but would require that a mediation occur before the completion of claims construction briefing. *Id*. ¶ 11.

STIP. & [PROPOSED] ORDER MODIFYING MEDIATION DEADLINE — - 1 - — Case No. 08-cv-04577 VRW

As such, the parties respectfully stipulate and request that the deadline to hold such a mediation be changed from the current deadline of December 31, 2009 to March 31, 2010. No other dates should be affected by this change.

Dated: November 11, 2009   Respectfully submitted,

FENWICK & WEST LLP

By:   /s/ Joseph S. Belichick
        Joseph S. Belichick

Attorneys for Defendants
INTERCEDE GROUP PLC and INTERCEDE LTD.

Dated: November 11, 2009   Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

By:   /s/ Julie M. Holloway
        Julie M. Holloway

Attorneys for Plaintiff
ACTIVIDENTITY CORPORATION

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS SO ORDERED.

Dated:   Nov. 13, 2009

The Honorable Vaughn R. Walker
United States District

[GRANTED — Judge Vaughn R Walker — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal]

**SIGNATURE ATTESTATION**

I hereby attest that I have received Julie M. Holloway's concurrence in the e-filing of this document as indicated by the "conformed" signature (/s/) above.

By:   /s/ Joseph S. Belichick
        Joseph S. Belichick

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO