UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVIDENTITY CORP., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> INTERCEDE GROUP PLC, et al.,) <br> ) <br> Defendant(s). ) <br>————————————————) | No. C08-4577 VRW (BZ) <br><br> **FIRST DISCOVERY ORDER** |

Following a telephone conference at which both sides were represented by counsel, **IT IS ORDERED** as follows:

1. Having in mind the views discussed by the Court during the conference, defendant has leave to file a motion for a protective order by **January 15, 2010**. An opposition shall be filed by **January 20, 2010**. Any reply shall be filed by **January 22, 2010**. The Court will schedule a hearing if it deems one necessary.

2. In the interim, plaintiff has leave to show the confidential documents to Mr. Neumann pursuant to the existent protective order and his acknowledgment that he is bound by it. If plaintiff does so, it assumes the risk that if the

1

motion is granted, Mr. Neumann may be disqualified as a witness and enjoined from making any use of any information to which he may have been exposed.

Dated: January 8, 2010

                              Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-REFS\ACTIVIDENTITY V. INTERCEDE\DISC ORD 1.wpd