UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ACTIVIDENTITY CORP.,                )
                                    )
         Plaintiff(s),              )   No. C08-4577 VRW (BZ)
                                    )
    v.                              )   **THIRD DISCOVERY ORDER**
                                    )
INTERCEDE GROUP PLC, et al.,        )
                                    )
         Defendant(s).              )
_____)

After reviewing the papers in this case, **IT IS ORDERED** as follows:

1. Defendants' Motion for a Protective Order Barring the Disclosure of Intercede Confidential Information to Mr. Michael Neumann (Doc. No. 97) is **GRANTED** as unopposed.

2. Defendants' Motion to Seal (Doc. No. 101) is **GRANTED** for the following documents:

    1. Defendants' Motion for Protective Order (Doc. No. 97.)

    2. Declaration of Richard Parris (Doc. No. 98)

    3. Exhibit 1 to Declaration of Richard Parris

1

       4.   Exhibit 3 to Declaration of Joseph Belichik (Doc. No. 99).

3. Defendants' Motion to Seal Exhibit 12 to the Belichick Declaration is **DENIED**. See <u>Contratto v. Ethicon, Inc.</u>, 227 F.R.D. 304, 307 (N.D. Cal. 2005).

4. Defendants' Motion for Sanctions and Contempt (Doc. No. 108) is **DENIED** without prejudice. If defendants wish, they may re-file a properly noticed motion in compliance with the Civil Local Rules.

5. Plaintiff's Motion to Strike (Doc. No. 110) is **DENIED** as moot.

6. Plaintiff's Motion to Seal (Doc. No. 109) Exhibit 1 to the Holloway Declaration is **DENIED**. <u>Contratto</u>, 227 F.R.D. at 307.

Dated: February 1, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ACTIVIDENTITY V. INTERCEDE\DISC ORD 3.FINAL RULING.wpd

2