1  DARRYL M. WOO (CSB No. 100513)
   dwoo@fenwick.com
2  CHARLENE M. MORROW (CSB No. 136411)
   cmorrow@fenwick.com
3  TYLER A. BAKER (CSB No. 65109)
   tbaker@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 875-2300
6  Facsimile:    (415) 281-1350

7  Attorneys for Defendants and Counterclaimants
   INTERCEDE GROUP PLC and INTERCEDE LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTIVIDENTITY CORPORATION, a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>INTERCEDE GROUP PLC AND INTERCEDE LTD., both of Lutterworth, UK,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 3:08-cv-04577 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TAKING CLAIM CONSTRUCTION HEARING OFF-CALENDAR AND WITHDRAWING JOINT MOTION FOR ADMINISTRATIVE RELIEF**<br><br>**Date: March 24, 2010<br>Time:  9:00 a.m.<br>Courtroom:  6, 17th Floor**<br><br>**Before:  Hon. Vaughn Walker** |

STIP. & [PROPOSED] ORDER TAKING
CLAIM CONSTRUCTION HEARING OFF-
CALENDAR

Case No. 08-cv-04577 VRW

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Civil Local Rule 7-12, defendants and counterclaimants Intercede Group plc and Intercede Ltd. (collectively, "Intercede") and plaintiff and counterdefendant ActivIdentity Corporation ("ActivIdentity") submit this stipulation and proposed order taking the claim construction hearing off-calendar and withdrawing the joint motion for administrative relief.

Pursuant to the Clerk's Notice dated February 24, 2010, the claim construction hearing in this action is scheduled for March 24, 2010 at 9:00 a.m. (Doc # 128).

On March 19, 2010, the parties filed a joint motion for administrative relief for leave to use visual equipment at the claim construction hearing (Doc # 129).

As of today, March 22, 2010, the parties are in the process of entering into a confidential settlement agreement, which when fully executed, will resolve the pending action. The parties expect to exchange signatures to the settlement agreement this week.

Accordingly, the parties hereby respectfully stipulate and request that the Court order as follows:

1.   The parties' joint motion for administrative relief for leave to use visual equipment at the claim construction hearing (Doc # 129) is withdrawn.

2.   The claim construction hearing scheduled on March 24, 2010 at 9:00 a.m. is taken off-calendar.

Dated:  March 22, 2010           Respectfully submitted,

FENWICK & WEST LLP

By:   /s/ Joseph S. Belichick
           Joseph S. Belichick

Attorneys for Defendants
INTERCEDE GROUP PLC and INTERCEDE LTD.

Dated: March 22, 2010          Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

By:   /s/ Julie M. Holloway
          Julie M. Holloway

Attorneys for Plaintiff
ACTIVIDENTITY CORPORATION

## ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS SO ORDERED.

Dated: March 23, 2010

The Honorable Vaughn R. Walker
United States District Judge

## SIGNATURE ATTESTATION

I hereby attest that I have received Julie M. Holloway's concurrence in the e-filing of this document as indicated by the "conformed" signature (s/) above.

By:   /s/ Joseph S. Belichick
          Joseph S. Belichick