1  DARRYL M. WOO (CSB No. 100513)
   dwoo@fenwick.com
2  CHARLENE M. MORROW (CSB No. 136411)
   cmorrow@fenwick.com
3  TYLER A. BAKER (CSB No. 65109)
   tbaker@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:   (415) 875-2300
6  Facsimile:    (415) 281-1350

7  Attorneys for Defendants and Counterclaimants
   INTERCEDE GROUP PLC and INTERCEDE LTD.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 | ACTIVIDENTITY CORPORATION, a Delaware Corporation, | Case No.: 3:08-cv-04577 VRW
14 |                                                    |
   |            Plaintiff,                              | JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION
15 |                                                    |
16 |       v.                                           |
   | INTERCEDE GROUP PLC AND                            |
17 | INTERCEDE LTD., both of Lutterworth, UK,           |
18 |                                                    |
   |            Defendants.                             |
19 |                                                    |
20 | AND RELATED COUNTERCLAIMS.                         |

**IT IS SO ORDERED**

*[signature]*
Judge Vaughn R Walker

April 7, 2010

JOINT STIPULATION OF DISMISSAL                                Case No. 08-cv-04577 VRW

1  Plaintiff ActivIdentity Corporation ("ActivIdentity") and Defendants Intercede Group plc
2  and Intercede Ltd. (collectively, "Intercede"), by and through their attorneys, respectfully submit
3  this Joint Stipulation of Dismissal.  In accordance with a formal Settlement Agreement that
4  resolves all claims between ActivIdentity and Intercede in the above-captioned action,
5  ActivIdentity and Intercede have agreed to dismiss, and ActivIdentity hereby dismisses with
6  prejudice, all claims for patent infringement asserted or that could have been asserted in this
7  action.  Also pursuant to said Settlement Agreement, Intercede hereby dismisses, with prejudice,
8  all defenses and counterclaims asserted against ActivIdentity in this action.

9  Accordingly, pursuant to Fed.R.Civ.P. 41(a)(1), ActivIdentity and Intercede hereby
10  stipulate to said dismissals with each party to bear its own attorneys' fees, expenses, and costs.

| Dated:  April 1, 2010 | Respectfully submitted, <br><br> FENWICK & WEST LLP <br><br> By:     /s/ Joseph S. Belichick <br>                Joseph S. Belichick <br><br> Attorneys for Defendants <br> INTERCEDE GROUP PLC and INTERCEDE LTD. |
|---|---|
| Dated:  April 1, 2010 | Respectfully submitted, <br><br> WILSON SONSINI GOODRICH & ROSATI <br><br> By:     /s/ Julie M. Holloway <br>                Julie M. Holloway <br><br> Attorneys for Plaintiff <br> ACTIVIDENTITY CORPORATION |

**SIGNATURE ATTESTATION**

I hereby attest that I have received Julie M. Holloway's concurrence in the e-filing of this document as indicated by the "conformed" signature (s/) above.

By:     /s/ Joseph S. Belichick
               Joseph S. Belichick

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO